**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      George D. LaBlanche v. National Collegiate Student Loan
                          Trust 2017-4

Appellate case number:    01-19-00291-CV

Trial court case number:  1105352

Trial court:              County Civil Court at Law No. 4 of Harris County

Appellant, George D. LaBlanche, filed a pro se notice of appeal on April 16, 2019, in the trial court from the April 1, 2019 final judgment in this contract case. *See* TEX. R. APP. P. 26.1. On April 18, 2019, the county clerk filed an indigent clerk's record containing appellant's Statement of Inability to Afford Payment of Court Costs or an Appeal Bond ("Statement"), filed on February 19, 2018, but no court order.

Rule of Appellate Procedure 20.1 provides that a party who files such a Statement in the trial court "is not required to pay costs in the appellate court unless the trial court overruled the party's claim of indigence in an order that complies with Texas Rule of Civil Procedure 145." TEX. R. APP. P. 20.1(b)(1). Because appellant's indigence claim was not overruled by the trial court, appellant is not required to pay appellate costs. *See id.*

Accordingly, the Clerk of this Court is **directed** to mark appellant indigent in this Court's records and allowed to proceed without advance payment of the appellate filing, clerk's, and reporter's record fees. Thus, the Court **ORDERS** the court reporter to file the reporter's record **within 30 days** of the date of this Order, at no cost to appellant.

Furthermore, the Court **ORDERS** the county clerk to file the original clerk's record, if different from the indigent clerk's record, to mail the clerk's and reporter's records to the appellant, at no cost to appellant, **within 30 days** of the date of this order. Finally, the county clerk shall certify the delivery date of such records **within 40 days** of the date of this order.

It is so ORDERED.

Judge's signature:      _/s/_ Laura C. Higley_____

⊠ Acting individually     ☐ Acting for the Court

Date: __April 23, 2019___